NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRENCE NERO a/k/a TERRENCE            )
P. NERO a/k/a TERENCE NERO a/k/a        )
TERENCE P. NERO a/k/a TERANCE           )
NERO a/k/a TERRY NERO,                   )
                                         )
    Appellant,                       )
                                         )
v.                                       )     Case No. 2D17-722
                                         )
JENNIFER E. McCLEAN and ALL              )
UNKNOWN TENANTS IN                       )
POSSESSION OF 3212 W. MARLIN             )
AVENUE, TAMPA, FLORIDA, 33611,           )
                                         )
    Appellee.                        )
_____ )

Opinion filed February 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Sandra Taylor, Senior
Judge.

Brandon L. Kolb, St. Petersburg, for
Appellant.

Daniel A. Harris of Daniel A. Harris, P.A.,
Tampa, for Appellee Jennifer E. McClean.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.